AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>CATHOLINE HAMMETT<br><br>Defendant(s) | Case No. 20-8 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 8, 2020__ in the Parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jonathan Fretwell, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: January 9, 2020

_____
Judge's signature

City and state: New Orleans, Louisiana

HONORABLE DANA M. DOUGLAS, U.S. MAGISTRATE JUDGE
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO.: 20-8 MAG |
| v. | * | |
| CATHOLINE HAMMETT | * | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan Fretwell, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI, and have been since March 2018. I am currently assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) and my duties include the investigation of bank robberies, fugitives, kidnappings, threats to life, and other violent crimes. I was previously employed by the State of Florida as a law enforcement officer and in that capacity for 4 years.

2. I make this affidavit in support of securing a criminal complaint against **CATHOLINE HAMMETT** for violation of Title 18, United States Code, Section 2213(a) by robbing the Iberia Bank located at 3412 St. Charles, New Orleans, Louisiana 70115. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts.

3. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the complaint sought. The following information was obtained by me personally or has been provided to me by Special Agents assigned to the NOVCTF and other law enforcement officers.

## PROBABLE CAUSE

4. On January 8, 2020, at approximately 2:24 p.m., officers of the New Orleans Police Department responded to a bank robbery at Iberia Bank, located at 3412 St. Charles, New Orleans, Louisiana 70115. Upon arrival, officers were informed that an unknown female subject entered the bank and proceeded to a desk to the right of the teller windows. The subject then approached the middle teller and presented a demand note.

5. The suspect instructed the teller to give the suspect all of the money in the drawer, and to do it fast because she had a bomb and did not want to hurt anyone. The teller complied with the demand and provided the suspect with an undetermined amount of 1's, 5's, 10's, and 20's. The suspect then turned and left the bank on foot.

6. The victim teller described the suspect as a white female, approximately 30 years old, approximately 5'7", slender build, and possibly blond hair. The suspect was clad in a reddish maroon hoodie that was pulled around her face, black pants, and dark shoes. The suspect did not wear gloves.

7. After being advised of the incident, the FBI Violent Crimes Taskforce responded to the scene. The victim teller was interviewed and explained that bank employees believed that the suspect had entered the bank a day or two prior to the robbery. The teller stated that the suspect had entered the business in the same manner as she did during the robbery.

8. A canvass was conducted of the areas surrounding the location and a witness stated that he saw a woman matching the description of the suspect. He identified her as "Cat."

9. A short time later, another law enforcement officer contacted a member of the NOVCTF to advise agents that a witness had identified the possible suspect as **CATHOLINE HAMMETT**. The witness stated that **HAMMETT** had spent the night at his residence the night before, and left his residence shortly before the bank robbery occurred, clad in clothing matching the description of the suspect.

10. The witness consented to a search of his residence, and in a common area, belongings that he identified as **HAMMETT's** were observed. One of the items was a gray hoodie sweatshirt. Located inside the pocket of the sweatshirt was an Iberia deposit slip with similar verbiage as the one left at the scene of the bank robbery.

11. The lobby of the residence was manned by security personnel. They provided agents with access to the security cameras in the lobby. Agents were able to secure video of a subject, matching the description of the bank robber, leaving the building shortly before the bank robbery occurred.

12. The witness then called **HAMMETT** on the telephone and asked her to come back to his residence. A short time later, **HAMMETT** arrived at the location and was approached by members of the NOVCTF. **HAMMETT** was transported to the FBI New Orleans Field Office, and secured in an audio and video recorded room.

13. **HAMMETT** was advised her rights per Miranda, via an FBI Advise of Rights Form. She read and signed the form, waving her right to counsel. In the subsequent interview, **HAMMETT** provided a full confession regarding the robbery of the Iberia Bank. **HAMMETT** also provided details to the robbery, which had not been released to the general public.

**HAMMETT** explained that she had written two demand notes, one of which she left at the scene and the other was the one that agents had discovered in her hoodie sweatshirt.

14. Through the investigation, it was learned that Iberia Bank is insured by the Federal Deposit Insurance Corporation (FDIC). This Iberia Bank is located at 3412 St. Charles, New Orleans, Louisiana 70115 which is in the Eastern District of Louisiana.

## **CONCLUSION**

15. Based on the above information, your affiant believes that there is probable cause to believe that **HAMMETT** robbed the Iberia Bank, located at 3412 St. Charles, New Orleans, Louisiana 70115, on January 8, 2020, in violation of title 18, United States Code, Section 2113(a). Your Affiant swears that the aforementioned information is true and correct to the best of his knowledge.

Jonathan Fretwell
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me,
This 9th day of January 2020.

HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

4